**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 63 MM 2019
:
Respondent :
:
:
:
v. :
:
:
:
JOSE MANUEL MALDONADO, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.